```
1   SEYFARTH SHAW LLP
    Jason T. Cooksey (SBN 208748)
2   E-mail: jcooksey@seyfarth.com
    Timothy B. Nelson (SBN 235279)
3   E-mail: tnelson@seyfarth.com
    400 Capitol Mall, Suite 2350
4   Sacramento, California  95814-4428
    Telephone:  (916) 448-0159
5   Facsimile:  (916) 558-4839

6   Attorneys for Defendant
    RYAN TAYLOR
7
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| SHAUNTAE EDWARDS,<br><br>      Plaintiff,<br><br>    v.<br><br>NIKE RETAIL SERVICES, INC.; RYAN TAYLOR; and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. 2:10-CV-01250-WBS-KJN<br><br>**ORDER WITHDRAWING PLAINTIFF'S FIRST AMENDED COMPLAINT AND MOTION TO REMAND**<br><br>**Date:  August 30, 2010**<br>**Time:  2:00 p.m.**<br>**Crtrm: 5** |

Based on the Plaintiff SHAUNTAE EDWARDS' and Defendant RYAN TAYLOR's Stipulation to Withdraw Plaintiff's First Amended Complaint and Motion to Remand, the Court orders as follows:

Plaintiff's First Amended Complaint, filed on June 18, 2010, is hereby withdrawn.  The operative pleading in this matter is Plaintiff's Complaint, filed in Solano County Superior Court on March 9, 2010, a copy of which was attached to Defendant Ryan Taylor's Notice of Removal, filed in this Court on May 20, 2010.

Plaintiff's Motion to Remand, scheduled to be heard on August 30, 2010, is hereby withdrawn and Plaintiff will not challenge Defendant's Notice of Removal or the jurisdiction of this Court.

1 Defendant Ryan Taylor's Motion to Strike Plaintiff's First Amended Complaint, scheduled to be heard on August 30, 2010, is hereby withdrawn.

IT IS SO ORDERED.

Dated: August 18, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

Jason T. Cooksey (SBN 208748)
E-mail: jcooksey@seyfarth.com
Timothy B. Nelson (SBN 235279)
E-mail: tnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

      s/ Timothy B. Nelson
Timothy B. Nelson
Attorney for Defendant RYAN TAYLOR