1  SEYFARTH SHAW LLP
   Jason T. Cooksey (SBN 208748)
2  E-mail: jcooksey@seyfarth.com
   Timothy B. Nelson (SBN 235279)
3  E-mail: tnelson@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California  95814-4428
   Telephone:  (916) 448-0159
5  Facsimile:  (916) 558-4839

6  Attorneys for Defendants
   RYAN TAYLOR and NIKE
7  RETAIL SERVICES, INC.

8

9                    UNITED STATES DISTRICT COURT

10                     FOR THE EASTERN DISTRICT

11 SHAUNTAE EDWARDS,            )   Case No. 2:10-CV-01250-WBS-KJN
                                )
12          Plaintiff,           )   **ORDER CONTINUING TRIAL DATE**
                                )   **AND RELATED DATES**
13      v.                      )
                                )
14 NIKE RETAIL SERVICES, INC.; RYAN )
   TAYLOR; and DOES 1 through 100, inclusive, )
15                              )
            Defendants.          )
16                              )
                                )
17

18

19

20

21

22

23

24

25

26

27

28

                                    1

Based on the Plaintiff SHAUNTAE EDWARDS' and Defendants RYAN TAYLOR's and NIKE RETAIL SERVICES, INC.'s Stipulation to Continue Trial Date and Related Dates, the Court orders that the Status (Pretrial Scheduling) Order is modified as follows:

1. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than June 1, 2012.

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before July 2, 2012.

3. All discovery, including depositions for preservation of testimony, will be left open, however it shall be conducted so as to be completed by August 3, 2012.  Further discovery will be stayed until Plaintiff appears for her continued deposition and her deposition is completed.  Moreover, any discovery that has been served and is currently outstanding shall be responded to pursuant to the Federal Rules of Civil Procedure.

4. Plaintiff will be reevaluated by Dr. Joy Policar, or another health care professional, in December 2011, to determine whether she is capable of appearing for her continued deposition.  Plaintiff's counsel will immediately notify Defendants' counsel following her consultation in December 2011 whether Plaintiff is capable of appearing for her continued deposition.  If a health care professional deems that Plaintiff is not capable of appearing for her deposition in December 2011, Plaintiff will be reevaluated by a health care professional on a monthly basis to determine when she will capable of appearing for her continued deposition.

5. All motions, except motions for continuance, temporary restraining order, or other emergency applications, shall be filed on or before October 5, 2012.

///
///
///
///
///
///

[PROPOSED] ORDER RE: STIPULATION TO CONTINUE TRIAL DATE AND RELATED DATES

13460964v.1

6. The Final Pretrial Conference will be held at 2:00 p.m. in Courtroom 5 on December 10, 2012.

7. The jury trial will begin at 9:00 a.m. in Courtroom 5 on February 5, 2013.

IT IS SO ORDERED.

Dated: June 17, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

Jason T. Cooksey (SBN 208748)
E-mail: jcooksey@seyfarth.com
Timothy B. Nelson (SBN 235279)
E-mail: tnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839


    s/ Timothy B. Nelson
Timothy B. Nelson
Attorney for Defendants RYAN TAYLOR
and NIKE RETAIL SERVICES, INC.