1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  E-mail: mgrajski@seyfarth.com
   Timothy B. Nelson (SBN 235279)
3  E-mail: tnelson@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California  95814-4428
   Telephone:  (916) 448-0159
5  Facsimile:  (916) 558-4839

6  Attorneys for Defendants
   RYAN TAYLOR and NIKE
7  RETAIL SERVICES, INC.

8

9              UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT

11 SHAUNTAE EDWARDS,            )   Case No. 2:10-CV-01250-WBS-KJN
                                )
12         Plaintiff,            )   [PROPOSED] ORDER CONTINUING
                                )   DISCOVERY CUT-OFF
13     v.                        )
                                )
14 NIKE RETAIL SERVICES, INC.; RYAN )
   TAYLOR; and DOES 1 through 100, inclusive, )
15                              )
           Defendants.          )
16                              )
                                )
17

18

19

20

21

22

23

24

25

26

27

28

                                   1

1  Based on the Plaintiff SHAUNTAE EDWARDS' and Defendants RYAN TAYLOR's
2 and NIKE RETAIL SERVICES, INC.'s Stipulation to Continue Discovery Cut-Off, the Court
3 orders that the Order Continuing Trial Date and Related Dates (Dkt. No. 24) is modified as
4 follows:

5  1.  All discovery pertaining to expert witnesses and treating doctors, including
6 depositions for preservation of testimony, will be left open, however it shall be conducted so as
7 to be completed by September 14, 2012. This extension of the discovery cut-off is only for
8 purposes of discovery pertaining to expert witnesses and treating doctors. All other discovery
9 must be completed by August 3, 2012.

10  2.  The reminder of the Status (Pretrial Scheduling) Order, as modified by the Order
11 Continuing Trial Date and Related Dates, shall remain in effect.

12  IT IS SO ORDERED.

13 **Date:  7/6/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER RE: STIPULATION TO CONTINUE DISCOVERY CUT-OFF
14603925v.1