SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
E-mail: mgrajski@seyfarth.com
Timothy B. Nelson (SBN 235279)
E-mail: tnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendants
RYAN TAYLOR and NIKE
RETAIL SERVICES, INC.

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT

| | |
|---|---|
| SHAUNTAE EDWARDS, | Case No. 2:10-CV-01250-WBS-KJN |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING DISCOVERY CUT-OFF** |
| v. | |
| NIKE RETAIL SERVICES, INC.; RYAN TAYLOR; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Based on the Plaintiff SHAUNTAE EDWARDS' and Defendants RYAN TAYLOR's and NIKE RETAIL SERVICES, INC.'s Stipulation to Continue Discovery Cut-Off, the Court orders that the Order Continuing Trial Date and Related Dates (Dkt. No. 24) is modified as follows:

1. All discovery pertaining to expert witnesses and treating doctors, including depositions for preservation of testimony, will be left open, however it shall be conducted so as to be completed by September 14, 2012. This extension of the discovery cut-off is only for purposes of discovery pertaining to expert witnesses and treating doctors. All other discovery must be completed by August 3, 2012.

2. The reminder of the Status (Pretrial Scheduling) Order, as modified by the Order Continuing Trial Date and Related Dates, shall remain in effect.

IT IS SO ORDERED.

**Date:  7/6/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER RE: STIPULATION TO CONTINUE DISCOVERY CUT-OFF

14603925v.1