SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
E-mail: mgrajski@seyfarth.com
Timothy B. Nelson (SBN 235279)
E-mail: tnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendants
NIKE RETAIL SERVICES, INC. and
RYAN TAYLOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| SHAUNTAE EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>NIKE RETAIL SERVICES, INC.; RYAN TAYLOR; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:10-CV-01250-WBS-KJN<br><br>**STIPULATION REGARDING PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION PURSUANT TO F.R.C.P. 35; [~~PROPOSED~~] ORDER RE: PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION** |
|---|---|

Plaintiff SHAUNTAE EDWARDS ("Plaintiff") and Defendants NIKE RETAIL SERVICES, INC. and RYAN TAYLOR (collectively, "the Parties), by and through their respective counsel, hereby stipulate with regard to an independent mental health examination under Rule 35 of the Federal Rules of Civil Procedure as follows:

**I.     IDENTIFICATION AND PERSONAL INFORMATION**

The examiners, Dr. Joanna Berg and Dr. Ronnie Leith, will need to identify Plaintiff at the time of the examination.  Plaintiff will provide the following information to the examiners:

1. Full name;

2. Date of birth;

3. Current residence address; and

4. Social Security number.

Plaintiff will not be required by Dr. Berg or Dr. Leith to complete any forms other than those that are part of the written tests identified in paragraph II(2) of this notice or provide Dr. Berg or Dr. Leith with the following:

1. Residence telephone number;
2. Medical insurance information or other insurance information.

Dr. Berg and Dr. Leith shall not include Plaintiff's current residence address or her Social Security number in any of the their written reports.

## II. EXAMINATION

1. Dr. Berg will conduct psychological testing on Plaintiff on a mutually agreed upon date prior to August 31, 2012, commencing at 9:00 am at the offices of Child and Adult Psychiatrists of the Peninsula, located at 177 Bovet Road, Suite 545, San Mateo, California 94402-3121. This psychological testing will last no more than four (4) hours.

2. Dr. Berg's psychological testing will consist of widely accepted written tests, including the Minnesota Multiphasic Personality Inventory-2 (MMPI-2), the Millon Clinical Multi-Axial Inventory-III, the Rorschach Ink Blot test, the Rotter Sentence Completion Blank, and the Wechsler Adult Intelligence Scale-IV test. All of these tests will be designed to provide a comprehensive psychometric assessment of Plaintiff's mental and emotional functioning. All of these tests and measures are routinely utilized by mental health professionals when conducting independent medical examinations. Dr. Berg will agree to exchange said testing (raw data) with Plaintiff's expert psychologist, Dr. Joy Policar, and with Plaintiff's attorneys, if so requested.

3. In addition, Dr. Leith will perform an independent medical examination of Plaintiff beginning at 2:00 p.m. at the offices of Child and Adult Psychiatrists of the Peninsula, located at 177 Bovet Road, Suite 545, San Mateo, California 94402-3121, on the same date that Dr. Berg performs her psychological testing. Dr. Leith's psychiatric evaluation will consist of a mental status examination, and assessment of current functioning, delineation of the allegations, and exploration of concurrent mental health history and pest mental health history. The examination will consist of the taking of a history, including family history, educational history and work history. The examination will last no more than four (4) hours.

4. Dr. Leith may ask, and Plaintiff shall answer, questions relating to the nature of events that Plaintiff claims were the cause of the emotional damages that are the subject of this action. Dr. Leith may also ask, and Plaintiff shall answer, questions about other stressors in Plaintiff's life that may have impacted and may continue to impact her mental health and/or mental state. To the extent that Plaintiff's intimate relationships have impacted and may continue to impact her mental health and/or mental state, Dr. Leith may inquire into such subjects. Dr. Leith may also inquire into Plaintiff's general social history and the general social interactional patterns in which Plaintiff has engaged. Dr. Leith may also ask questions relating to Plaintiff's work environment and allegations set forth in Plaintiff's complaint.

5. No one other than Dr. Berg or Dr. Leith (or a designee appointed by Dr. Berg or Dr. Leith) and Plaintiff shall be present during the examination. All forms and questionnaires required in connection with the psychological testing must by completed by Plaintiff herself, without outside assistance of her counsel or any other person. Neither party may record the examination through audio, video or other electronic means.

6. While testifying at trial, Dr. Leith may refer to a particular response or answer given by Plaintiff in response to any written testing device administered by the examiner.

7. This stipulation is being entered into pursuant to Federal Rule of Civil Procedure 35, and, except as expressly provided in the stipulation, the examination will be conducted pursuant to Federal Rule of Civil Procedure 35.

8. A copy of this stipulation shall be forwarded to both Dr. Berg and Dr. Leith prior to the date of the examination.

IT IS SO STIPULATED.

DATED: July 24, 2012                          SEYFARTH SHAW LLP


                                              By:   s/ Timothy B. Nelson
                                                    Mark P. Grajski
                                                    Timothy B. Nelson
                                              Attorneys for Defendants NIKE RETAIL
                                              SERVICES, INC. and RYAN TAYLOR

| | |
|---|---|
| DATED:  July 24, 2012 | SEYFARTH SHAW LLP |
| | By:    s/ Arthur A. Navarette<br>          Arthur A. Navarette<br>          Zane Becker<br>LAW OFFICES OF ARTHUR ALBERT NAVARETTE |

## ORDER

It is hereby ORDERED that Plaintiff Shauntae Edwards shall submit to a mental examination performed by Dr. Ronnie Leith (with psychological testing to be administered by Dr. Joanna Berg) on a mutually agreed upon date prior to August 31, 2012.  The mental examination shall begin at 9:00 a.m. at the offices of Child and Adult Psychiatrists of the Peninsula, located at 177 Bovet Road, Suite 545, San Mateo, California 94402-3121, pursuant to Rule 35 of the Federal Rules of Civil Procedure and the terms of the above stipulation.

IT IS SO ORDERED.

**Date:  7/25/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE