SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
E-mail: mgrajski@seyfarth.com
Timothy B. Nelson (SBN 235279)
E-mail: tnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendants
RYAN TAYLOR and NIKE
RETAIL SERVICES, INC.

LAW OFFICES OF ARTHUR ALBERT NAVARETTE
Arthur Navarette, Esq. (SBN 159973)
E-mail:  navarettelaw@sbcglobal.net
C. Zane Becker, Esq. (SBN 260908)
E-mail:  zane@navarettelaw.com
1625 The Alameda, Suite 700
San Jose, California 95126
Telephone:  (408) 275-9500
Facsimile:  (408) 275-9131

Attorneys for Plaintiff
SHAUNTAE EDWARDS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| SHAUNTAE EDWARDS, | Case No. 2:10-CV-01250-WBS-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE EXPERT DISCOVERY CUT-OFF AND DEADLINE TO CONDUCT INDEPENDENT MEDICAL EXAMINATION** |
| v. | |
| NIKE RETAIL SERVICES, INC.; RYAN TAYLOR; and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between SHAUNTAE EDWARDS ("Plaintiff") and RYAN TAYLOR and NIKE RETAIL SERVICES, INC. ("Defendants"), through their respective undersigned counsel, as follows:

///

1

STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND DEADLINE TO CONDUCT INDEPENDENT MEDICAL EXAMINATION

14797791v.1

1  WHEREAS, the parties wish to avoid incurring the cost of taking the depositions of
2  expert witnesses and treating doctors before the parties pursue resolution of this matter through
3  mediation;
4  WHEREAS, the Parties previously filed a stipulation regarding an independent mental
5  examination under Rule 35 of the Federal Rules of Civil Procedure on July 24, 2012;
6  WHEREAS, the Court previously signed an Order on July 25, 2012, which ordered
7  Plaintiff to appear for a mental examination performed by Dr. Ronnie Leith (with psychological
8  testing to be administered by Dr. Joanna Berg) on a mutually agreed upon date prior to August
9  30, 2012;
10  WHEREAS, the Parties have had difficulty identifying a mutually agreeable date to
11  conduct the mental examination in August, due to the schedules of Plaintiff, Dr. Leith, and Dr.
12  Berg;
13  WHEREAS, the Parties have identified a mutually agreeable date to conduct the mental
14  examination, which date is September 19, 2012;
15  WHEREAS, the Parties simply seek an extension of time for Plaintiff to appear for her
16  mental examination and do not seek any additional modifications to this Court's July 25, 2012
17  Order regarding Plaintiff's mental examination;
18  WHEREAS, the Parties seek an Order that Plaintiff appear for her previously ordered
19  mental examination on the mutually agreed date of September 19, 2012;
20  WHEREAS, the parties have also scheduled a mediation with Vivien Williamson on
21  October 10, 2012;
22  WHEREAS, the October 10, 2012 date for mediation was the earliest date that Ms.
23  Williamson was available to conduct a mediation in this matter;
24  WHEREAS, the cut-off for discovery pertaining to expert witnesses and treating doctors
25  in this case is currently set for September 14, 2012;
26  WHEREAS, the parties wish to attend mediation on October 10, 2012 before the parties
27  incur the costs associated with taking the depositions of expert witnesses and treating doctors;
28

2

STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND DEADLINE TO CONDUCT INDEPENDENT
MEDICAL EXAMINATION

14797791v.1

1   WHEREAS, the parties previously requested that the deadline for discovery pertaining to
2   expert witnesses and treating doctors be extended to September 14, 2012 to allow the parties to
3   pursue resolution of this matter.  Since that time, the parties have agreed to attend a mediation on
4   October 10, 2012 and the mediation has been scheduled for that date.

5   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and
6   Defendants, through their respective undersigned counsel, that Plaintiff shall appear for her
7   mental examination on September 19, 2012.  IT IS ALSO STIPULATED AND AGREED that
8   the discovery cut-off date for expert witnesses and treating doctors be extended to October 31,
9   2012.  Specifically, the parties STIPULATE AND AGREE that the Order Continuing Discovery
10  Cut-off shall be modified as follows:

11  -All discovery pertaining to expert witnesses and treating doctors, including depositions
12  for preservation of testimony, will be left open, however it shall be conducted so as to be
13  completed by October 31, 2012.  This extension of the discovery cut-off is only for purposes of
14  discovery pertaining to expert witnesses and treating doctors.

15  IT IS SO STIPULATED.

16  DATED: August 29, 2012                         SEYFARTH SHAW LLP

18                                                 By:   s/ Timothy B. Nelson
                                                         Mark P. Grajski
19                                                       Timothy B. Nelson
                                                   Attorney for Defendants
20                                                 RYAN TAYLOR and NIKE RETAIL
                                                   SERVICES, INC.

22  DATED: August 29, 2012                         LAW OFFICES OF ARTHUR ALBERT
                                                   NAVARETTE

24                                                 By:   s/ Arthur A. Navarette
                                                         Arthur A. Navarette
25                                                       Zane Becker
                                                   Attorneys for Plaintiff
26                                                 SHAUNTAE EDWARDS

**ORDER**

It is hereby ORDERED that Plaintiff Shauntae Edwards shall submit to a mental examination performed by Dr. Ronnie Leith (with psychological testing to be administered by Dr. Joanna Berg) on September 19, 2012. The mental examination shall begin at 9:00 a.m. at the offices of Child and Adult Psychiatrists of the Peninsula, located at 177 Bovet Road, Suite 545, San Mateo, California 94402-3121, pursuant to Rule 35 of the Federal Rules of Civil Procedure and the terms of the Stipulation Regarding Plaintiff's Independent Medical Examination Pursuant to F.R.C.P. 35, filed by the parties on July 24, 2012.

It is also hereby ORDERED that the Order Continuing Trial Date and Related Dates is modified as follows:

1. All discovery pertaining to expert witnesses and treating doctors, including depositions for preservation of testimony, will be left open, however it shall be conducted so as to be completed by October 31, 2012. This extension of the discovery cut-off is only for purposes of discovery pertaining to expert witnesses and treating doctors. All other discovery must be completed by August 3, 2012.

2. The remainder of the Status (Pretrial Scheduling) Order, as modified by the Order Continuing Trial Date and Related Dates, shall remain in effect.

IT IS SO ORDERED.

**Date:  9/5/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE