IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNTAE EDWARDS,

      Plaintiff,               No. 2:10-cv-1250 WBS KJN

  v.

NIKE RETAIL SERVICES, INC. et al.,

      Defendants.       <u>ORDER</u>
_____/

          In an order filed September 6, 2012, the court approved the parties' stipulation continuing the date of plaintiff's mental examination to September 19, 2012, and the date for completion of all discovery pertaining to expert witnesses and treating doctors, including depositions for preservation of testimony, to October 31, 2012.  (Dkt. No. 36.)  The court approved the stipulation in light of the parties' representation that they scheduled a mediation session for October 10, 2012 (the earliest date that the mediator was available), and that they wished to pursue mediation before incurring the costs associated with taking the depositions of expert witnesses and treating doctors.  (Dkt. No. 35.)

          Having approved the above-mentioned stipulation, the court further orders the parties to file a joint status report no later than October 11, 2012 (the date after the mediation),

advising whether or not the case has settled.  If the case does not settle at mediation, the report shall further indicate the parties' plans and schedule for completing expert discovery and their position with respect to the impact of further expert discovery on the filing of any dispositive motions.[1]

IT IS SO ORDERED.

DATED:  September 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If the parties subsequently determine that extension of the deadline to file dispositive motions is necessary, or requesting to move the pre-trial conference and/or trial date, the parties must seek modification of these deadlines from the district judge.

2