1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  E-mail: mgrajski@seyfarth.com
   Timothy B. Nelson (SBN 235279)
3  E-mail: tnelson@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Attorneys for Defendants
   RYAN TAYLOR and NIKE
7  RETAIL SERVICES, INC.

8  LAW OFFICES OF ARTHUR ALBERT NAVARETTE
   Arthur Navarette, Esq. (SBN 159973)
9  E-mail: navarettelaw@sbcglobal.net
   C. Zane Becker, Esq. (SBN 260908)
10 E-mail: zane@navarettelaw.com
   1625 The Alameda, Suite 700
11 San Jose, California 95126
   Telephone: (408) 275-9500
12 Facsimile: (408) 275-9131

13 Attorneys for Plaintiff
   SHAUNTAE EDWARDS
14

15                    UNITED STATES DISTRICT COURT

16                   FOR THE EASTERN DISTRICT OF CALIFORNIA

17 SHAUNTAE EDWARDS,                    )  Case No. 2:10-CV-01250-WBS-KJN
                                        )
18            Plaintiff,                )  **JOINT STATUS REPORT**
                                        )  **FOLLOWING MEDIATION; ORDER**
19      v.                              )  **TO EXTEND EXPERT WITNESS**
                                        )  **DISCOVERY**
20 NIKE RETAIL SERVICES, INC.; RYAN     )
   TAYLOR; and DOES 1 through 100, inclusive, )
21                                      )
              Defendants.               )
22                                      )
                                        )
23 _____  )

24      The parties SHAUNTAE EDWARDS ("Plaintiff"), RYAN TAYLOR and NIKE

25 RETAIL SERVICES, INC. ("Defendants") (collectively "the Parties"), through their respective

26 undersigned counsel, submit the following joint status report, as required by the Order filed on

27 September 7, 2012 (Docket Number 37):

                                        1
28 _____
        JOINT STATUS REPORT FOLLOWING MEDIATION; ORDER

   14916637v.1

In its Order filed September 7, 2012, this Court asked the Parties to submit a joint status report following mediation. The Court asked the Parties to advise whether the case had settled. The Court also asked that the joint status report indicate the Parties' plans and schedules for completing expert discovery and their position with respect to the impact of further expert discovery on the filing of any dispositive motions.

The Parties attended mediation on October 10, 2012 before Vivien Williamson, Esq. The matter did not settle. Defendants request an extension of the deadline to complete expert discovery. Plaintiff is agreeable to Defendants' request and stipulates to such. The Parties anticipate having the depositions of expert witnesses and Plaintiff's treating doctors completed by November 16, 2012. Therefore, the Parties request the deadline to complete expert discovery be extended to November 16, 2012. The Parties do not request that any additional deadlines be extended. The Parties do not believe that any further expert discovery will have any impact on the filing of any dispositive motions.

DATED: October 11, 2012         SEYFARTH SHAW LLP


                                By:   s/ Timothy B. Nelson
                                      Mark P. Grajski
                                      Timothy B. Nelson
                                Attorney for Defendants
                                RYAN TAYLOR and NIKE RETAIL
                                SERVICES, INC.

DATED: October 11, 2012         LAW OFFICES OF ARTHUR ALBERT
                                NAVARETTE


                                By:   s/ Arthur A. Navarette
                                      Arthur A. Navarette
                                      Zane Becker
                                Attorneys for Plaintiff
                                SHAUNTAE EDWARDS

## **ORDER**

It is hereby ORDERED that the Order Continuing Trial Date and Related Dates is modified as follows:

1. All discovery pertaining to expert witnesses and treating doctors, including depositions for preservation of testimony, will be left open, however it shall be conducted so as to be completed by November 16, 2012.  This extension of the discovery cut-off is only for purposes of discovery pertaining to expert witnesses and treating doctors.  All other discovery must be completed by August 3, 2012.

2. The remainder of the Status (Pretrial Scheduling) Order, as modified by the Order Continuing Trial Date and Related Dates, shall remain in effect.  It is the court's understanding, based on the parties' representation, that the above-mentioned extension of the expert discovery deadline will have no effect on any other deadlines set by the district judge.

IT IS SO ORDERED.

**Date:  10/16/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE