1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  E-mail: mgrajski@seyfarth.com
   Timothy B. Nelson (SBN 235279)
3  E-mail: tnelson@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California  95814-4428
   Telephone:  (916) 448-0159
5  Facsimile:  (916) 558-4839

6  Attorneys for Defendants
   RYAN TAYLOR and NIKE
7  RETAIL SERVICES, INC.

8  LAW OFFICES OF ARTHUR ALBERT NAVARETTE
   Arthur Navarette, Esq. (SBN 159973)
9  E-mail:  navarettelaw@sbcglobal.net
   C. Zane Becker, Esq. (SBN 260908)
10 E-mail:  zane@navarettelaw.com
   1625 The Alameda, Suite 700
11 San Jose, California 95126
   Telephone:  (408) 275-9500
12 Facsimile:  (408) 275-9131

13 Attorneys for Plaintiff
   SHAUNTAE EDWARDS
14

15                    UNITED STATES DISTRICT COURT

16                   FOR THE EASTERN DISTRICT OF CALIFORNIA

17 SHAUNTAE EDWARDS,              )  Case No. 2:10-CV-01250-WBS-KJN
                                  )
18         Plaintiff,             )  **JOINT STATUS REPORT**
                                  )  **FOLLOWING MEDIATION; ORDER**
19     v.                         )  **TO EXTEND EXPERT WITNESS**
                                  )  **DISCOVERY**
20 NIKE RETAIL SERVICES, INC.; RYAN )
   TAYLOR; and DOES 1 through 100, inclusive, )
21                                )
           Defendants.            )
22                                )
                                  )
23 _____)

24      The parties SHAUNTAE EDWARDS ("Plaintiff"), RYAN TAYLOR and NIKE

25 RETAIL SERVICES, INC. ("Defendants") (collectively "the Parties"), through their respective

26 undersigned counsel, submit the following joint status report, as required by the Order filed on

27 September 7, 2012 (Docket Number 37):

                                          1
28                JOINT STATUS REPORT FOLLOWING MEDIATION; ORDER

   14916637v.1

1   In its Order filed September 7, 2012, this Court asked the Parties to submit a joint status
2   report following mediation.  The Court asked the Parties to advise whether the case had settled.
3   The Court also asked that the joint status report indicate the Parties' plans and schedules for
4   completing expert discovery and their position with respect to the impact of further expert
5   discovery on the filing of any dispositive motions.

6   The Parties attended mediation on October 10, 2012 before Vivien Williamson, Esq.  The
7   matter did not settle.  Defendants request an extension of the deadline to complete expert
8   discovery.  Plaintiff is agreeable to Defendants' request and stipulates to such.  The Parties
9   anticipate having the depositions of expert witnesses and Plaintiff's treating doctors completed
10  by November 16, 2012.  Therefore, the Parties request the deadline to complete expert discovery
11  be extended to November 16, 2012.  The Parties do not request that any additional deadlines be
12  extended.  The Parties do not believe that any further expert discovery will have any impact on
13  the filing of any dispositive motions.

DATED: October 11, 2012                     SEYFARTH SHAW LLP


                                            By:   s/ Timothy B. Nelson
                                                  Mark P. Grajski
                                                  Timothy B. Nelson
                                            Attorney for Defendants
                                            RYAN TAYLOR and NIKE RETAIL
                                            SERVICES, INC.

DATED: October 11, 2012                     LAW OFFICES OF ARTHUR ALBERT
                                            NAVARETTE


                                            By:   s/ Arthur A. Navarette
                                                  Arthur A. Navarette
                                                  Zane Becker
                                            Attorneys for Plaintiff
                                            SHAUNTAE EDWARDS

14916637v.1

## ORDER

It is hereby ORDERED that the Order Continuing Trial Date and Related Dates is modified as follows:

1. All discovery pertaining to expert witnesses and treating doctors, including depositions for preservation of testimony, will be left open, however it shall be conducted so as to be completed by November 16, 2012. This extension of the discovery cut-off is only for purposes of discovery pertaining to expert witnesses and treating doctors. All other discovery must be completed by August 3, 2012.

2. The remainder of the Status (Pretrial Scheduling) Order, as modified by the Order Continuing Trial Date and Related Dates, shall remain in effect. It is the court's understanding, based on the parties' representation, that the above-mentioned extension of the expert discovery deadline will have no effect on any other deadlines set by the district judge.

IT IS SO ORDERED.

**Date: 10/16/2012**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14916637v.1