```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

SHAUNTAE EDWARDS,
                                          NO. 2:10-CV-1250 WBS KJN
          Plaintiff,

     v.

NIKE RETAIL SERVICES, INC.; RYAN
TAYLOR; and DOES 1 through 100,
inclusive,

          Defendants.
_____/

SHAUNTAE EDWARDS,

          Plaintiff,                      NO. 2:12-CV-2531 KJM EFB

     v.

NIKE RETAIL SERVICES, INC.; DANNY
GALLI; and DOES 1 through 100,
inclusive,

          Defendants.
_____/
                            ----oo0oo----
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule

123(a) because the actions involve the same plaintiff and similar defendants, the plaintiff is represented by the same counsel in both actions, and both actions assert claims arising out of the same time period during plaintiff's employment with defendant Nike Retail Services, Inc.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>Edwards v. Nike Retail Services, Inc.</u>, Civ. No. 2:10-1250 WBS KJN, and <u>Edwards v. Nike Retail Services, Inc.</u>, Civ. No. 2:12-2531 KJM EFB, be, and the same hereby are, deemed related and the case denominated <u>Edwards v. Nike Retail Services, Inc.</u>, Civ. No. 2:12-2531 KJM EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Kendall J. Newman.  Any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Edwards v. Nike Retail Services, Inc.</u>, Civ. No. 2:12-2531 WBS KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

1  DATED:     November 13, 2012

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE